IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00006-RLV-DSC

| | |
|---|---|
| BILLY D. WHITE, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLISON SMITH COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for David Gevertz and Kathryn J. Hinton]" (documents ## 8-9) filed April 15, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 16, 2013

David S. Cayer
United States Magistrate Judge