**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:13-CV-00006-RLV-DSC**

| | |
|---|---|
| **BILLY D. WHITE, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ALLISON SMITH COMPANY, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

       **THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Daniel Eric Setterlund]" (document # 17) filed November 2, 2013.  For the reasons set forth therein, the Motion will be <u>granted</u>.

       The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

       **SO ORDERED**.

Signed: November 5, 2013

_____

David S. Cayer
United States Magistrate Judge